UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ-TORRES,

    Plaintiff(s),

v.

MASTER DONUTS, INC.; MICHAEL LOPEZ NEGRON,

    Defendant(s).

Civil No. 16-2298 (DRD)

**JUDGMENT**

Based upon the captioned parties' *Stipulation of Dismissal with Prejudice*, Docket No. 59, filed on January 31, 2018, and the *Order* entered on even date, Docket No. 60, the parties have jointly agreed to resolve all disputes between them, pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and have requested that the Court entered a final and unappealable judgment dismissing with prejudice this matter in its entirety, without the imposition of expenses, costs or attorneys fees.

In view of the above, and there being no pending claims, this case is now dismissed with prejudice, and this *Judgment* is final and unappealable.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 31st day of January, 2018.

                                        s/Daniel R. Domínguez
                                        DANIEL R. DOMINGUEZ
                                        United States District Judge